```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    LORNA LI
 4  Special Assistant United States Attorney
    California Bar No. 176168
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2296
 7       Facsimile: (213) 894-6269

 8  Attorneys for Plaintiff
    United States of America
 9
10                  UNITED STATES DISTRICT COURT
11              FOR THE CENTRAL DISTRICT OF CALIFORNIA
12                                 )
13  UNITED STATES OF AMERICA,      ) No. CR 06-731-SVW
                                   )
14            Plaintiff,           ) [PROPOSED] ORDER
                                   )
15       v.                        )
                                   )
16  KIMBERLY GARCIA,               )
                                   )
17            Defendant.           )
                                   )
18                                 )
                                   )
19
20       Having considered the government's motion, IT IS HEREBY
21  ORDERED that the indictment in the above-captioned case be
22  DISMISSED WITHOUT PREJUDICE as to defendant Kimberly Garcia.
23       IT IS FURTHER ORDERED that the bond issued on December 18,
24  2006, against defendant Garcia be exonerated.
25
26
27  DATED: December 9, 2008    _____
                                 HONORABLE STEPHEN V. WILSON
28                               United States District Judge
```

FILED
CLERK U.S. DISTRICT COURT
DEC 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only